**Order entered July 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00366-CV

### CARLOS A.L. VAUGHN AND TAMBRE' SHIA JACKSON, Appellants

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02427**

## ORDER

Before the Court is appellants' July 25, 2019 motion for an extension of time to file their respective briefs on the merits. We **GRANT** the motion and extend the time to **Monday, August 19, 2019**.

/s/    KEN MOLBERG
JUSTICE